NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH KHUN,<br><br>        Petitioner,<br><br> vs.<br><br>RANDY GROUNDS, Warden,<br><br>        Respondent. | No. C 10-01143 JF (PR)<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY |

Petitioner, a state prisoner at the Correctional Training Facility in Soledad, California, proceeding pro se, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the decision of the Board of Parole Hearings ("Board") finding him unsuitable for parole. The Court found that the petition stated cognizable claims and ordered Respondent to show cause why the petition should not be granted. Respondent filed an answer addressing the merits of the petition, and Petitioner filed a traverse. For the reasons discussed below, Court concludes that Petitioner is not entitled to relief based on the claims presented and will deny the petition.

**BACKGROUND**

According to the petition, in 1991, Petitioner was sentenced to two life terms, plus

eight years, in state prison after a jury found him guilty of first degree attempted degree murder in Stanislaus County Superior Court. (Pet. 2.) Petitioner challenges the Board's decision denying him parole after a parole suitability hearing on June 19, 2008. Petitioner filed habeas petitions in the state superior court, state appellate court, and the state supreme court, all of which were denied as of February 3, 2010. Petitioner filed the instant federal petition on March 17, 2010.

**DISCUSSION**

As grounds for federal habeas relief, Petitioner alleges that the Board denied parole on "less than some evidence... not containing an indicia of reliability," which violated his right to due process. (Pet. Attach. at 1.) Respondent asserts that federal due process protection is not applicable to state parole decisions, and is not a ground for relief under the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2254(d). (Ans. at 4; Docket No. 5.)

The United States Supreme Court has recently determined that for the purposes of habeas federal habeas review, a California prisoner is entitled to only "minimal" procedural protections in connection with a parole suitability determination. Swarthout v. Cooke, No. 10-333, slip op. 4-5 (U.S. Jan. 24, 2011). The procedural protections to which the prisoner is entitled under the Due Process Clause of the Fourteenth Amendment are limited to an opportunity to be heard and a statement of the reasons why parole was denied. Id. Here, Petitioner makes no allegation that the Board failed to provide at least these minimum procedural protections in its decision to deny parole, and the Constitution does not require more. Id. at 5.

Whether the Board's decision was supported by some reliable evidence of current dangerousness is irrelevant in federal habeas. The Supreme Court has made clear that "it is no federal concern... whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied." Id. at 6. In light of the Supreme Court's determination that due process does not require that there be

any amount of evidence to support the parole denial, the petition fails to state a cognizable claim for relief.

## CONCLUSION

The Court concludes that Petitioner has failed to show a violation of his federal constitutional rights in the underlying state court proceedings and parole hearing. Accordingly, the petition for writ of habeas corpus is DENIED.

Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability ("COA") under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists" would find the district court's assessment of the constitution claims debatable or wrong.  Slack v. McDaniel, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

Dated: 6/30/11

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEITH KHUN,

          Petitioner,

  v.

RANDY GROUNDS, Warden,

          Respondent.

Case Number: CV10-01143 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/25/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Khun E-94975
Correctional Training Facility
P.O. Box 689
BW-320
Soledad, CA 93960

Dated: 7/25/11

                                        Richard W. Wieking, Clerk